AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tjoflat, Gerald B. | 11th Circuit Court of Appeals | 05/10/2007 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br><br> Article III - Active | 5a. Report Type (check appropriate type) <br> ___ Nomination, Date _____ <br> ___ Initial __X__ Annual ___ Final <br><br> 5b. ___ Amended Report | 6. Reporting Period <br> 01/01/2006 <br> to <br> 12/31/2006 |
|---|---|---|

| 7. Chambers or Office Address <br><br> 300 North Hogan Street, Suite 14-200 <br> Jacksonville, Florida 32202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Member of the Board and Member of the Executive Committee | North Florida Council Boy Scouts of America |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

RECEIVED 2007 MAY 14 P 12: 09 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

| | | |
|---|---|---|
| X NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2006 | Pappas Metcalf Jenks and Miller (Law Firm) | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tjoflat, Gerald B. | 05/10/2007 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | ABA | Washington, DC, March 29-31, Antitrust Section Mock Trial; panel participant, transportation, meals and lodging |
| 2 | University of Cincinnati | Cincinnati, OH, April 7-8, Moot Court, transportation, meals and lodging |
| 3 | George Mason School of Law LEC Center | Cambridge, MA, July 6-9, Culture & Markets Course for Art. III Judges, transportation, meals and lodging |
| 4 | American Conference Institute | New York, NY, September 27-28, Advanced Forum on Consumer Finance & Class Action Litigation, panel participant, transportation, meals and lodging |
| 5 | Emory University | Atlanta, GA, November 1-2, Moot Court, transportation, meals and lodging |
| 6 | Cornell University | Ithaca, NY, November 17-19, Moot Court, transportation, meals and lodging |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=$25,000,001-50,000,000 | | P4=$50,000,001 or more |

| Name of Person Reporting | Date of Report |
|---|---|
| Tjoflat, Gerald B. | 05/10/2007 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Davis New York Venture Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 2 Rogers, Towers, Bailey, Jones & Gay P.A. (401K) | A | Dividend | K | T | | | | | |
| 3 Alliance Bernstein Large Cap Growth Fund (Mutual Fund) | | None | | | Sell | 06/13 | D | | |
| 4 Alliance Bernstein Global Technology (Mutual Fund) | A | Dividend | J | T | | | | | |
| 5 Munder Internet Fund (Mutual Fund) | | None | | | Sell | 06/13 | A | | |
| 6 Columbia Marsico Focused Equities Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 7 Manulife Financial (401K) Pappas Metcalf Jenks & Miller | | None | M | T | | | | | |
| 8 Quaker Strategic Growth Fund (Mutual Fund) | A | Dividend | D | T | Buy | 06/14 | D | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,0 0,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further ██████████████████████ from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance █████████████████████████████████████. § 7353 and Judicial Conference regulations.

Signature ████████████████████████████████████████████   Date _____May 10, 2007_____

NOTE: ████████████████████████████████████ULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544